UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: CAHILL, HAROLD JR             §    Case No. 09-07632-JS
       CAHILL, VALERIE               §
                                     §
Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
<u>DAVID GROCHOCINSKI, TRUSTEE</u>, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

  The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:
  Clerk of U.S. Bankruptcy Court
  219 S. Dearborn Street
  Chicago, IL  60604

  Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within   20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 10:00AM on 07/23/2010 in Courtroom 4016, United States Courthouse,
DuPage County Courthouse
505 N. County Farm Road
DuPage, IL  60187.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed:  06/17/2010          By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                              Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CAHILL, HAROLD JR § Case No. 09-07632-JS
   CAHILL, VALERIE § 
 §
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,002.79 |
| *and approved disbursements of* | $ 8.29 |
| *leaving a balance on hand of* [1] | $ 9,994.50 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | DAVID GROCHOCINSKI, TRUSTEE | $ 1,250.00 | $ |
| Attorney for trustee | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | $ 2,500.00 | $ 66.69 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | $ 1,000.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | KIM WIRTZ-PRINCE | $ 500.00 | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor _____ | $_____ | $_____ |
| Attorney for _____ | $_____ | $_____ |
| Accountant for _____ | $_____ | $_____ |
| Appraiser for _____ | $_____ | $_____ |
| Other _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number*   *Claimant*                         *Allowed Amt. of Claim*   *Proposed Payment*

                              N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 141,190.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.3 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                         *Allowed Amt. of Claim*   *Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 1 | PYOD LLC for Citibank | $ 593.92 | $ 19.68 |
| 2 | PYOD LLC for Citibank | $ 51,176.54 | $ 1,695.53 |
| 4 | DISCOVER BANK | $ 23,547.01 | $ 780.14 |
| 5 | Chase Bank USA NA | $ 5,414.88 | $ 179.40 |
| 6 | Chase Bank USA, N.A. | $ 21,004.08 | $ 695.89 |
| 7 | American Express Centurion Bank | $ 4,424.12 | $ 146.58 |
| 8 | FIA CARD SVC BY AMERICAN INFOSOURCE LP, AGENT | $ 19,962.17 | $ 661.37 |
| 9 | FIA CARD SERVICES,BY AMERICAN INFOSOURCE LP, AGENT | $ 8,199.38 | $ 271.65 |
| 10 | FIA CARD SERVICES, BY AMERICAN INFOSOURCE LP, AGENT | $ 6,868.68 | $ 227.57 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                                    Allowed Amt. of Claim    Proposed Payment*
                                N/A

**UST Form 101-7-NFR (9/1/2009)**

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/DAVID GROCHOCINSKI, TRUSTEE
Trustee

DAVID GROCHOCINSKI, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462
(708) 226-2700

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: vrowe                  Page 1 of 2                   Date Rcvd: Jun 18, 2010
Case: 09-07632                Form ID: pdf006              Total Noticed: 34

The following entities were noticed by first class mail on Jun 20, 2010.
db/jdb        Harold F Cahill, Jr.,    Valerie S Cahill,    253 N. Bonnie Brae Ave.,    Elmhurst, IL  60126-2507
aty          +Ariane Holtschlag,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,    Grochocinski & Grochocinski,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
               Chicago, IL 60603-4914
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
tr           +David E Grochocinski,    Grochocinski, Grochocinski & Lloyd, Ltd.,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
13613764     +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14426298      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13613765      Asssociated Recovery Systems,    PO Box 469046,    Escondido, CA 92046-9046
13613766     +Bank Of America,    Nc4-105-03-14,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8110
13613767      Bank of America,    PO Box 15710,    Wilmington, DE 19886-5710
13613768     +Central Mortgage Co,    Attention: Bankruptcy Dept.,    1100 Virginia Drive,
               Fort Washington, PA 19034-3204
14412672      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14424146      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13613769      Chase Business Card,    PO Box 15153,    Wilmington, DE 19886-5153
13613770     +Chase Manhattan Mtg,    G7-Pp,    3415 Vision Dr.,    Columbus, OH 43219-6009
13613771     +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13613774     +FCL Inc.,    4600 N. Olcott,    Harwood Heights, IL 60706-4604
13613773     +Farm Credit Services of Mid-America,    375 Jackson Street,    Saint Paul, MN 55101-1810
13613775    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: IRS,    Centralized Insolvency Operations,    PO Box 21126,
               Philadelphia, PA 19114)
13613776      MCF Printing Inc.,    253 N. Bonnie Brae Ave.,    Elmhurst, IL 60126-2507
13909668     +McMinn County Trustee,    McMinn County Courthouse,    6 East Madison Ave,    Athens, TN 37303-3697
13613777     +Nationwide Trustee Services,    1587 Northeast Expressway,    Atlanta, GA 30329-2401
14352006     +PYOD LLC its successors and assigns,    c/o Resurgent Capital Services,    Po Box 19008,
               Greenville, SC 29602-9008
13613778     +Radioshack,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13613779      Rarity Ridge Owners Association,    PO Box 4725,    Maryville, TN 37802-4725
13909669     +Roane County Trustee,    PO Box 296,    Kingston, TN 37763-0296
13613781     +Suntrust Bank,    700 Hill Ave,    Knoxville, TN 37915-2510
13613782     +Washington Mutual / Providian,    Attn: Bankruptcy Dept.,    Po Box 10467,
               Greenville, SC 29603-0467
13613783     +Wells Fargo,    Po Box 60510,    Los Angeles, CA 90060-0510

The following entities were noticed by electronic transmission on Jun 18, 2010.
14386632      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 19 2010 02:02:24     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13613772     +E-mail/PDF: mrdiscen@discoverfinancial.com Jun 19 2010 02:02:24     Discover Financial,
               Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
14690429      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2010 01:15:41
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13613780     +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com                            Regions Bank,
               720 North 39th Str,    Birmingham, AL 35222-1112
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Alan Horewitch
aty          C-21 Pro-Team Inc d/b/a Century 21 Pro-Team
aty          David P Lloyd
aty          Kathleen McGuire
aty          Kim Wirtz-Prince
aty          Scott Horewitch Pidgeon & Abrams LLC
                                                                                               TOTALS: 6, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: vrowe              Page 2 of 2              Date Rcvd: Jun 18, 2010
Case: 09-07632                Form ID: pdf006          Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2010**              **Signature:** /s/ Joseph Speetjens