**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: CAHILL, HAROLD JR | § Case No. 09-07632-JS |
| CAHILL, VALERIE | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID GROCHOCINSKI, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,650.00 | Assets Exempt: $67,908.09 |
| Total Distribution to Claimants: $4,678.52 | Claims Discharged Without Payment: $136,512.26 |
| Total Expenses of Administration: $5,324.98 | |

3) Total gross receipts of $ 10,003.50 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,003.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 7,555.26 | 5,324.98 | 5,324.98 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 413.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 141,190.78 | 141,190.78 | 4,678.52 |
| **TOTAL DISBURSEMENTS** | $0.00 | $149,159.04 | $146,515.76 | $10,003.50 |

    4)  This case was originally filed under Chapter 7 on March 06, 2009.
. The case was pending for 18 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/13/2010            By:  /s/DAVID GROCHOCINSKI, TRUSTEE
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 253 BONNIE BRAE AVE, ELMHURST, IL | 1110-000 | 10,000.00 |
| Interest Income | 1270-000 | 3.50 |
| **TOTAL GROSS RECEIPTS** | | **$10,003.50** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE | 2100-000 | N/A | 1,750.28 | 1,250.00 | 1,250.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 3410-000 | N/A | 1,477.50 | 1,000.00 | 1,000.00 |
| KIM WIRTZ-PRINCE | 3510-000 | N/A | 500.00 | 500.00 | 500.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3110-000 | N/A | 3,752.50 | 2,500.00 | 2,500.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 3120-000 | N/A | 66.69 | 66.69 | 66.69 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 8.29 | 8.29 | 8.29 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 7,555.26 | 5,324.98 | 5,324.98 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roane County Trustee | 5800-000 | N/A | 413.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 413.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC for Citibank | 7100-000 | N/A | 593.92 | 593.92 | 19.68 |
| PYOD LLC for Citibank | 7100-000 | N/A | 51,176.54 | 51,176.54 | 1,695.79 |
| DISCOVER BANK | 7100-000 | N/A | 23,547.01 | 23,547.01 | 780.26 |
| Chase Bank USA NA | 7100-000 | N/A | 5,414.88 | 5,414.88 | 179.43 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 21,004.08 | 21,004.08 | 695.99 |
| American Express Centurion Bank | 7100-000 | N/A | 4,424.12 | 4,424.12 | 146.60 |
| FIA CARD SVC BY AMERICAN INFOSOURCE LP, AGENT | 7100-000 | N/A | 19,962.17 | 19,962.17 | 661.47 |
| FIA CARD SERVICES,BY AMERICAN INFOSOURCE LP, AGENT | 7100-000 | N/A | 8,199.38 | 8,199.38 | 271.70 |
| FIA CARD SERVICES, BY AMERICAN INFOSOURCE LP, AGENT | 7100-000 | N/A | 6,868.68 | 6,868.68 | 227.60 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 141,190.78 | 141,190.78 | 4,678.52 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-07632-JS  
**Case Name:** CAHILL, HAROLD JR  
CAHILL, VALERIE  
**Period Ending:** 09/13/10  

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 03/06/09 (f)  
**§341(a) Meeting Date:** 04/21/09  
**Claims Bar Date:** 11/10/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 253 BONNIE BRAE AVE, ELMHURST, IL | 490,000.00 | 107,060.51 | | 10,000.00 | FA |
| 2 | 440 N WABASH, CHICAGO | 159,000.00 | 0.00 | | 0.00 | FA |
| 3 | 133 GALEBERRY RIDGE, OAK RIDGE, TN | 89,000.00 | 0.00 | | 0.00 | FA |
| 4 | LOT 468 RARITY RIDGE, TN | 80,000.00 | 0.00 | | 0.00 | FA |
| 5 | LOT 10, RARITY MEADOWS, NIOTA, TN | 52,000.00 | 0.00 | | 0.00 | FA |
| 6 | LOT 11, RARITY MEADOWS, NIOTA, TN | 43,000.00 | 0.00 | | 0.00 | FA |
| 7 | CASH | 200.00 | 0.00 | | 0.00 | FA |
| 8 | CHECKING | 217.37 | 0.00 | | 0.00 | FA |
| 9 | CHECKING | 46.26 | 0.00 | | 0.00 | FA |
| 10 | CHECKING | 150.00 | 0.00 | | 0.00 | FA |
| 11 | CASH MGMT FUND | 3,573.16 | 0.00 | | 0.00 | FA |
| 12 | FURNITURE | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | PAINTINGS & LITHOGRAPHS | 300.00 | 0.00 | | 0.00 | FA |
| 14 | APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | WEDDING RING ETC | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | HOCKEY EQUIPMENT | 150.00 | 0.00 | DA | 0.00 | FA |
| 17 | LIFE INS. POLICY | 8,077.44 | 0.00 | | 0.00 | FA |
| 18 | LIFE INS. POLICY | 11,705.65 | 0.00 | | 0.00 | FA |
| 19 | YMCA PENSION | 4,000.00 | 0.00 | | 0.00 | FA |
| 20 | HFC REAL INVESTMENT | 0.00 | 0.00 | | 0.00 | FA |
| 21 | MCF PRINTING CO | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 22 | IL REAL ESTATE LICENSE | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 1999 VOLVO STATIONWAGON | 3,825.00 | 0.00 | | 0.00 | FA |
| 24 | 1992 JEEP CHEROKEE | 500.00 | 0.00 | | 0.00 | FA |
| 25 | 2003 FORD EXPLORER | 4,500.00 | 0.00 | | 0.00 | FA |
| 26 | USED FAX, PRINTER ETC. | 500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.50 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-07632-JS  
**Case Name:** CAHILL, HAROLD JR  
              CAHILL, VALERIE  
**Period Ending:** 09/13/10

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 03/06/09 (f)  
**§341(a) Meeting Date:** 04/21/09  
**Claims Bar Date:** 11/10/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 27  Assets  Totals (Excluding unknown values) | $956,244.88 | $107,060.51 | | $10,003.50 | $0.00 |

**Major Activities Affecting Case Closing:**

    AWAITING TAX RETURNS; CLAIM OBJECTIONS

**Initial Projected Date Of Final Report (TFR):** June 30, 2010      **Current Projected Date Of Final Report (TFR):** June 17, 2010 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** 09-07632-JS | **Trustee:** | DAVID GROCHOCINSKI, TRUSTEE (520067) |
| **Case Name:** CAHILL, HAROLD JR | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| CAHILL, VALERIE | **Account:** | ***-*****23-65 - Money Market Account |
| **Taxpayer ID #:** **-***4366 | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** 09/13/10 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/04/09 | {1} | HAROLD CAHILL JR | SETTLEMENT PAYMENT | 1110-000 | 10,000.00 | | 10,000.00 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 10,000.34 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 10,000.76 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,001.15 |
| 02/05/10 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2009 FOR CASE #09-07632, BOND#016026455 | 2300-000 | | 8.29 | 9,992.86 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.38 | | 9,993.24 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.44 | | 9,993.68 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.06 | | 9,993.74 |
| 04/06/10 | | Wire out to BNYM account 9200******2365 | Wire out to BNYM account 9200******2365 | 9999-000 | -9,993.74 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8.29 | 8.29 | $0.00 |
| | | | Less: Bank Transfers | | -9,993.74 | 0.00 | |
| | | | **Subtotal** | | 10,002.03 | 8.29 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,002.03** | **$8.29** | |

{} Asset reference(s)                                                                                           Printed: 09/13/2010 10:06 AM    V.12.52

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-07632-JS  
**Case Name:** CAHILL, HAROLD JR  
CAHILL, VALERIE  
**Taxpayer ID #:** **-***4366  
**Period Ending:** 09/13/10  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****23-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                           Printed: 09/13/2010 10:06 AM    V.12.52

Exhibit 9

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-07632-JS  
**Case Name:** CAHILL, HAROLD JR  
CAHILL, VALERIE  
**Taxpayer ID #:** **-***4366  
**Period Ending:** 09/13/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 |  | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | Wire in from JPMorgan Chase Bank, N.A. account ********2365 | 9999-000 | 9,993.74 |  | 9,993.74 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.34 |  | 9,994.08 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.42 |  | 9,994.50 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | 0.41 |  | 9,994.91 |
| 07/23/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0500% | 1270-000 | 0.30 |  | 9,995.21 |
| 07/23/10 |  | To Account #9200******2366 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 |  | 9,995.21 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | **9,995.21** | **9,995.21** | **$0.00** |
|  |  |  | Less: Bank Transfers |  | 9,993.74 | 9,995.21 |  |
|  |  |  | **Subtotal** |  | **1.47** | **0.00** |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$1.47** | **$0.00** |  |

{} Asset reference(s)

Printed: 09/13/2010 10:06 AM    V.12.52

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-07632-JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | CAHILL, HAROLD JR | | Bank Name: | The Bank of New York Mellon |
| | CAHILL, VALERIE | | Account: | 9200-******23-66 - Checking Account |
| Taxpayer ID #: | **-***4366 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 09/13/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/23/10 | | From Account #9200******2365 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 9,995.21 | | 9,995.21 |
| 07/27/10 | 10101 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 8,745.21 |
| 07/27/10 | 10102 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,000.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,000.00 | 7,745.21 |
| 07/27/10 | 10103 | KIM WIRTZ-PRINCE | Dividend paid 100.00% on $500.00, Realtor for Trustee Fees (Real Estate Commissions); Reference: | 3510-000 | | 500.00 | 7,245.21 |
| 07/27/10 | 10104 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $2,500.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,500.00 | 4,745.21 |
| 07/27/10 | 10105 | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $66.69, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 66.69 | 4,678.52 |
| 07/27/10 | 10106 | PYOD LLC for Citibank | Dividend paid 3.31% on $593.92; Claim# 1; Filed: $593.92; Reference: | 7100-000 | | 19.68 | 4,658.84 |
| 07/27/10 | 10107 | PYOD LLC for Citibank | Dividend paid 3.31% on $51,176.54; Claim# 2; Filed: $51,176.54; Reference: | 7100-000 | | 1,695.79 | 2,963.05 |
| 07/27/10 | 10108 | DISCOVER BANK | Dividend paid 3.31% on $23,547.01; Claim# 4; Filed: $23,547.01; Reference: | 7100-000 | | 780.26 | 2,182.79 |
| 07/27/10 | 10109 | Chase Bank USA NA | Dividend paid 3.31% on $5,414.88; Claim# 5; Filed: $5,414.88; Reference: | 7100-000 | | 179.43 | 2,003.36 |
| 07/27/10 | 10110 | Chase Bank USA, N.A. | Dividend paid 3.31% on $21,004.08; Claim# 6; Filed: $21,004.08; Reference: | 7100-000 | | 695.99 | 1,307.37 |
| 07/27/10 | 10111 | American Express Centurion Bank | Dividend paid 3.31% on $4,424.12; Claim# 7; Filed: $4,424.12; Reference: | 7100-000 | | 146.60 | 1,160.77 |
| 07/27/10 | 10112 | FIA CARD SVC BY AMERICAN INFOSOURCE LP, AGENT | Dividend paid 3.31% on $19,962.17; Claim# 8; Filed: $19,962.17; Reference: | 7100-000 | | 661.47 | 499.30 |
| 07/27/10 | 10113 | FIA CARD SERVICES, BY AMERICAN INFOSOURCE LP, AGENT | Dividend paid 3.31% on $8,199.38; Claim# 9; Filed: $8,199.38; Reference: | 7100-000 | | 271.70 | 227.60 |
| 07/27/10 | 10114 | FIA CARD SERVICES, BY AMERICAN INFOSOURCE LP, AGENT | Dividend paid 3.31% on $6,868.68; Claim# 10; Filed: $6,868.68; Reference: | 7100-000 | | 227.60 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 9,995.21 | 9,995.21 | $0.00 |
| Less: Bank Transfers | 9,995.21 | 0.00 | |
| Subtotal | 0.00 | 9,995.21 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $9,995.21 | |

{} Asset reference(s)   Printed: 09/13/2010 10:06 AM   V.12.52

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-07632-JS  
**Case Name:** CAHILL, HAROLD JR  
CAHILL, VALERIE  
**Taxpayer ID #:** **-***4366  
**Period Ending:** 09/13/10

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******23-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 10,003.50  
Net Estate : $10,003.50

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****23-65 | 10,002.03 | 8.29 | 0.00 |
| Checking # ***-*****23-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******23-65 | 1.47 | 0.00 | 0.00 |
| Checking # 9200-******23-66 | 0.00 | 9,995.21 | 0.00 |
|  | $10,003.50 | $10,003.50 | $0.00 |

{} Asset reference(s)

Printed: 09/13/2010 10:06 AM    V.12.52